UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-165-GWU

SAMMY R. KELLY,                                             PLAINTIFF,

VS.                            **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                DEFENDANT.

* * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)    the Defendant's motion for summary judgment is GRANTED;

(2)    the Plaintiff's motion for summary judgment is DENIED; and

(3)    the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 4th day of June, 2008.



**Signed By:**

*G. Wix Unthank*

**United States Senior Judge**