UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-165-GWU

SAMMY R. KELLY,                                                                 PLAINTIFF,

VS.                                 **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                  DEFENDANT.

* * * * * * * * * * * *

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42 U.S.C. Section 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)      the administrative decision is AFFIRMED; and

(2)      the above-styled action is STRICKEN from this Court's active docket.

This the 4th day of June, 2008.

Signed By:

*G. Wix Unthank*

**United States Senior Judge**